UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:08cv0110 TCM |
| KAREN A. TREMBLAY, | ) | |
| Defendant. | ) | |

## ORDER

This closed case is before the Court on a bill of costs submitted by the Government in the amount of $410.00: $60 for service fees by the U.S. Marshal and $350 for filing fees. [Doc. 14] Defendant's counsel has also submitted a bill of costs for $410 for the same two expenses. This bill includes Defendant's signature and the signature of her attorney above the typed name of the Assistant United States Attorney. The Consent Judgment entered on June 25, 2008, provided that the Government was to be awarded its costs. Based on the foregoing, the Court will construe the bill of costs submitted by Defendant as a consent, not an objection, to the bill of costs submitted by the Government. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is to tax the following costs in favor of the United States of American and against Karen A. Tremblay:

| | |
|---|---|
| Fees for service of summons | $ 60.00 |
| Filing Fees | 350.00 |
| **Total Taxable Costs** | $410.00 |

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III

Dated this 13th day of August, 2008.          UNITED STATES MAGISTRATE JUDGE